```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 24571
   MICHAEL W MADUZIA
   DIANA M MADUZIA                              CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8356     SSN XXX-XX-0187
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

The case was filed on 12/31/2007 and was confirmed 02/27/2008.

The plan was confirmed to pay secured creditors 100% and unsecured creditors  31.00%.

The case was converted to chapter 7 after confirmation 11/26/2008.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DISCOVER FINANCIAL SERVI | UNSECURED | 6606.39 | .00 | .00 |
| RIVERSIDE MEDICAL SC | UNSECURED | 630.85 | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 7142.45 | .00 | .00 |
| T MOBILE | UNSECURED | 196.88 | .00 | .00 |
| HC PROCESSING CENTER | UNSECURED | .00 | .00 | .00 |
| ADULT & PEDIATRIC ORTHOP | UNSECURED | 242.83 | .00 | .00 |
| ADVENT NEUROLOGY | UNSECURED | NOT FILED | .00 | .00 |
| ALLIANCE DATA SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN MEDICAL COLLECT | NOTICE ONLY | NOT FILED | .00 | .00 |
| ARLINGTON ORTHODONTICS P | UNSECURED | NOT FILED | .00 | .00 |
| ARLINGTON RIDGE PATHOLOG | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED PLASTIC SURGE | UNSECURED | NOT FILED | .00 | .00 |
| AT & T | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | FILED LATE | 168.47 | .00 | .00 |
| BMG MUSIC SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2664.21 | .00 | .00 |
| CITIFINANCIAL RETAIL S | UNSECURED | NOT FILED | .00 | .00 |
| COLUMBIA HOUSE | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL ACUTE CARE | UNSECURED | NOT FILED | .00 | .00 |
| CTRL CAR B&T | UNSECURED | NOT FILED | .00 | .00 |
| DENNIS A BREBNER ASSOC | NOTICE ONLY | NOT FILED | .00 | .00 |
| DES PLAINES RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| IL STATE DISBURSEMENT UN | NOTICE ONLY | NOT FILED | .00 | .00 |
| DISCOVER CARD | UNSECURED | NOT FILED | .00 | .00 |
| DOMESTICATION | UNSECURED | NOT FILED | .00 | .00 |
| MASON COX DDS | UNSECURED | NOT FILED | .00 | .00 |
| YAN RAZDOLSKY MD | UNSECURED | NOT FILED | .00 | .00 |
| EDWARDS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ER SOULTIONS INC | NOTICE ONLY | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 330.92 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 5018.49 | .00 | .00 |
| GINNYS | UNSECURED | 511.81 | .00 | .00 |

```
HARCOURT                     UNSECURED      NOT FILED              .00            .00
ANDREA CASE                  NOTICE ONLY    NOT FILED              .00            .00
HOUSEHOLD                    UNSECURED      NOT FILED              .00            .00
HSBC/RHODES FURNITURE        UNSECURED      NOT FILED              .00            .00
PORTFOLIO RECOVERY ASSOC     UNSECURED        1347.36              .00            .00
J C PENNEY                   UNSECURED      NOT FILED              .00            .00
JONATHAN C GAMZE MD          UNSECURED      NOT FILED              .00            .00
KROGER CHECK RECOVERY CE     UNSECURED      NOT FILED              .00            .00
LIPPINCOTT WILLIAMS & WI     UNSECURED      NOT FILED              .00            .00
MACNEAL EMERGENCY PHYSIC     UNSECURED      NOT FILED              .00            .00
MERCHANTS CR                 NOTICE ONLY    NOT FILED              .00            .00
N W WOMENS CONSULTANTS S     UNSECURED      NOT FILED              .00            .00
NAUTILUS GROUP               UNSECURED      NOT FILED              .00            .00
WORLD FINANCIAL NETWORK      FILED LATE         22.20              .00            .00
NORTH SHORE EAR NOSE & T     UNSECURED      NOT FILED              .00            .00
NORTH SUBURBAN RHAMATOLO     UNSECURED      NOT FILED              .00            .00
NORTHWEST COMMUNITY HOSP     UNSECURED      NOT FILED              .00            .00
NORTHWEST HEART SPECIALI     UNSECURED      NOT FILED              .00            .00
NORTHWEST ONCOLOGY & HER     UNSECURED      NOT FILED              .00            .00
NORTHWEST RADIOLOGY ASSO     UNSECURED      NOT FILED              .00            .00
NORTHWEST RADIOLOGY ASSO     UNSECURED      NOT FILED              .00            .00
ECAST SETTLEMENT CORP        UNSECURED         354.49              .00            .00
PENN FOSTER                  UNSECURED      NOT FILED              .00            .00
PROFESSIONAL CAREER DEV      UNSECURED      NOT FILED              .00            .00
PROVIDAN                     UNSECURED      NOT FILED              .00            .00
PUBLISHERS CLEARING HOUS     UNSECURED      NOT FILED              .00            .00
QUEST DIAGNOSTICS INC        UNSECURED      NOT FILED              .00            .00
RJM ACQUISITIONS             UNSECURED         116.57              .00            .00
ECAST SETTLEMENT CORP        UNSECURED         609.56              .00            .00
SEVENTH AVENUE               UNSECURED         998.03              .00            .00
ILLINOIS DEPT OF REV         PRIORITY          520.01              .00            .00
ILLINOIS DEPT OF REV         UNSECURED          99.20              .00            .00
TCF NATIONAL BANK            UNSECURED      NOT FILED              .00            .00
THOMAS HEALTHCARE            UNSECURED      NOT FILED              .00            .00
UNITED SHOCKWAVE SERVICE     UNSECURED      NOT FILED              .00            .00
UNITED SHOCKWAVE SERVICE     UNSECURED      NOT FILED              .00            .00
ROUNDUP FUNDING LLC          FILED LATE        489.39              .00            .00
BLAIR                        UNSECURED      NOT FILED              .00            .00
PORTFOLIO RECOVERY ASSOC     UNSECURED        4061.50              .00            .00
TCF NATIONAL BANK            UNSECURED      NOT FILED              .00            .00
LEGAL HELPERS PC             DEBTOR ATTY     2,300.00                        1,996.40
TOM VAUGHN                   TRUSTEE                                            173.60
DEBTOR REFUND                REFUND                                                .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                        2,170.00
```

PAGE  2 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 24571 MICHAEL W MADUZIA & DIANA M MADUZIA

```
PRIORITY                                                          .00
SECURED                                                           .00
UNSECURED                                                         .00
ADMINISTRATIVE                                               1,996.40
TRUSTEE COMPENSATION                                           173.60
DEBTOR REFUND                                                     .00
                                  ---------------    ---------------
TOTALS                                   2,170.00           2,170.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
   Dated: 02/24/09                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```